### CITY OF NEW YORK v. BLUMBERG.

(Supreme Court, Appellate Term. December 16, 1908.)

APPEAL AND ERROR (§ 657*)—RECORD—REMISSION FOR CORRECTION.

> An ordinance on which the cause of action is based shown by the record to have been given in evidence, not being attached to the record, and no certified copy of it being in the return, and the appeal not being determinable without it, the return will be remitted to the trial court for correction.
>
> [Ed. Note.—For other cases, see Appeal and Error, Cent. Dig. §§ 2830, 2831; Dec. Dig. § 657.*]

Appeal from Municipal Court, Borough of Manhattan, Eighth District.

Action by the City of New York against Jacob Blumberg. From a judgment for plaintiff, defendant appeals. Return remitted for correction.

Argued before GIEGERICH, HENDRICK, and FORD, JJ.

David Paine, for appellant.

Francis K. Pendleton, for respondent.

PER CURIAM. The record shows that an ordinance passed by the board of aldermen of the city of New York upon which the plaintiff's cause of action is based was offered and received in evidence. Such ordinance is not attached to the record, nor is there a certified copy of the same in the return. This appeal cannot be determined without consideration of such exhibit.

Return remitted to the lower court for correction.